# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | |
|---|---|
| **JONAH INVESTMENT GROUP, LLP** § | |
| *Plaintiff*, § | |
| § | |
| v. § | **PE: 23-CV-00049-DF** |
| § | |
| **EVANSTON INSURANCE COMPANY,** § | |
| *Defendant*. § | |

## FINAL ORDER OF DISMISSAL

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a) and the Parties' Joint Motion to Dismiss with Prejudice filed March 11, 2024. (Doc. 13). The undersigned has authority to enter this order pursuant to 28 U.S.C. § 636(c)(1), as all parties consented to the jurisdiction of the U.S. Magistrate Judge. (Docs. 6, 7).

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 12th day of March, 2024.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE